IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHEN JUSTICE JR.                                                                                   PLAINTIFF

v.                          Case No. 4:24-CV-00087-KGB-JTK

SOCIAL SECURITY ADMINISTRATION,                                                    DEFENDANT
*Commissioner*

**ORDER**

Pending before the Court is Plaintiff Stephen Justice's Application to Proceed *In Forma Pauperis*. (Doc. No. 1) Mr. Justice states that he has no income or sources of support and that he has no financial obligations. Because it is unclear, the Court would like some explanation about how Mr. Justice is surviving without financial means or about his means of support from other individuals or entities.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Id*.

The Court hereby directs Mr. Justice to provide some explanation as to his means of financial support and obligations, if any, within fourteen (14) days of the entry of this Order.

SO ORDERED THIS 6th day of February, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1